# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141177

JEFFREY L. WIRTH,
      Plaintiff-Appellant,

v

AMSTED INDUSTRIES, INC., ACE
AMERICAN INSURANCE COMPANY,
MEANS INDUSTRIAL, INC. — VASSAR
PLANT, and PACIFIC EMPLOYERS
INSURANCE COMPANY,
      Defendants-Appellees.

SC: 141177
COA: 296188
WCAC: 09-000096

_____/

      On order of the Court, the application for leave to appeal the May 6, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

_____
Clerk

0922